# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2005

128830

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN GORAJCZYK, individually,
and as Next Friend of JOSEPH GORAJCZYK
and KAITLIN GORAJCZYK, minors,
and MICHELLE GORAJCZYK,
      Plaintiffs-Appellees,

v

DETROIT/WAYNE COUNTY STADIUM
AUTHORITY, DETROIT LIONS, INC.,
SMITHGROUP COMPANIES, INC.,
HAMMES COMPANY SPORTS &
ENTERTAINMENT, LLC,
      Defendants,

and

HUBER, HUNT & NICHOLS, INC.,
JENKINS CONSTRUCTION, INC.,
and SCHREIBER CORPORATION,
      Defendants-Appellants.
_____/

SC: 128830
COA: 260911
Wayne CC: 03-336018-NO

     On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2005 _____

p1122

_____
Clerk